## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:21CR25 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TODD KOWAL and | ) | |
| NZINGHA SIMMONS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendant Nzingha Simmons' Unopposed Motion to Continue Trial [47]. The court has communicated with the parties.  Counsel needs additional time to resolve this matter short of trial. The co-defendant does not object to the request for continuance.  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [47] is granted, as follows:

1.  The jury trial, **for defendants, Todd Kowal and Nzingha Simmons**, now set for February 1, 2022, is continued to **March 15, 2022.**

2.  In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 15, 2022**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3.  **No further continuances will be granted without a hearing before the undersigned magistrate judge.**

DATED: January 20, 2022.

BY THE COURT:


s/ Susan M. Bazis
**United States Magistrate Judge**